STATE OF NEW JERSEY v. JOSEPH ZELINSKI, JR.

February 1, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH ZELINSKI, JR.

February 1, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH ZELINSKI, JR.

February 1, 1977. Petition for certification denied.

JULIANN TRIANT v. PATRICIA E. CADEMARTORI.

February 1, 1977. Petition for certification denied.

FIRST REAL ESTATE INVESTMENT TRUST v.
TWP. OF WAYNE.

February 1, 1977. Petition for certification denied.

JACOB BARBAREVECH v.
JOHNS-MANVILLE PRODUCTS CORP.

February 1, 1977. Petition for certification denied. (See
143 *N. J. Super.* 31)